**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6836

ANTHONY DOVE,

Plaintiff - Appellant,

versus

NORTH CAROLINA STATE EMPLOYEES CREDIT UNION;
NORTH CAROLINA LOCAL GOVERNMENT EMPLOYEES
CREDIT UNION; LYNN EUBANKS; SID PHILLIPS;
CHRISTOPHER C. HILL, Detective; LENOIR COUNTY
SHERIFF DEPARTMENT; LENOIR COUNTY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Malcolm J. Howard,
District Judge. (CA-02-25-4-H)

Submitted:  October 9, 2002        Decided:  January 8, 2003

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Dove, Appellant Pro Se.  Matthew Scott Sullivan, Jonathan
Mark Herring, WHITE & ALLEN, P.A., Kinston, North Carolina; Mark
Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Dove appeals the district court's order dismissing his civil action against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dove v. North Carolina State Employees Credit Union, No. CA-02-25-4-H (E.D.N.C. May 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2